# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 24-890 PA (SPx) | Date | August 5, 2024 |
|---|---|---|---|
| Title | Rajesh Thuthija v. Bankers Healthcare Group, LLC | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   COURT ORDER – ORDER TO SHOW CAUSE

     On August 1, 2024, this case was assigned to this Court as identical to a previously filed case, CV 23-2453 PA (SPx).  (Docket No. 12.)  Prior to reassignment, United States District Judge Otis Wright issued an Order to Show Cause concerning the failure of plaintiff Rajesh Thuthija ("Plaintiff") to serve the Complaint within the time period specified in Federal Rule of Civil Procedure 4(m).  (Docket No. 10.).  In response, Plaintiff filed a Proof of Service showing service of the Summons and Complaint on July 25, 2204.  (Docket No. 11.)  Although Plaintiff's service was untimely, the Court discharges the Order to Show Cause.

     However, Local Rule 83-1.3 provides that it "shall be the responsibility of the parties to promptly file a Notice of Related Cases whenever two of more civil cases filed in this District: (a) arise from the same or a closely related transaction, happening, or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges."  Local Rule 83-1.3 also states that the Notice of Related Cases "must be filed at the time any case (including a notice of removal or bankruptcy appeal) appearing to relate to another is filed, or as soon thereafter as it reasonably should appear that the case relates to another."  Here, Plaintiff did not file a Notice of Related Case, and the Civil Cover Sheet filed by Plaintiff answered "No" to the questions asking if there is a related or identical case despite Plaintiff having previously filed a nearly identical action in CV 23-2453 PA (SPx).  (Docket No. 2.)

     Accordingly, Plaintiff and Plaintiff's counsel are ordered to show cause why they should not be sanctioned up to $2,000.00 for failing to file a Notice of Related Case as required by Local Rule 83-1.3, and for failing to identify this action as identical or related to CV 23-2453 PA (SPx) on the Civil Cover Sheet.  Plaintiff's Response to this Order to Show Cause shall be filed no later than August 16, 2024.  Failure to respond to this Order may result in the imposition of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-890 PA (SPx) | Date | August 5, 2024 |
|---|---|---|---|
| Title | Rajesh Thuthija v. Bankers Healthcare Group, LLC | | |

sanctions, including but not limited to dismissal of the Complaint without further warning. The Order to Show Cause will stand submitted upon the filing of Plaintiff's response.

   IT IS SO ORDERED.